# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LORNA JOHNSON and DOUGLAS BARNES,

             Plaintiffs,

             v.

TIM PAUL, an individual, SUSAN MEREDITH, an individual, R. JOHNSON, an individual, and JIM PRUETT, an individual,

             Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0230-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

(1) This action is dismissed with prejudice pursuant to the Order Granting Motion to Dismiss (Ct. Rec. 18) and Order Denying Plaintiffs' Motion to Vacate Order and Assessing Fees and Costs Against Plaintiffs (Ct. Rec. 26); and

(2) Plaintiffs shall reimburse the Defendant United States the sum of $2,673.16 for attorneys fees incurred in defending this action through to a dismissal on this date, pursuant to Ct. Rec 26.

| | |
|---|---|
| January 24, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |